IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRISTOPHER S. MEHAFFIE | § | CASE NO.  09-31689-H3-13 |
| Debtor | § | |

NOTICE OF ISSUANCE OF SUBPOENA
UNDER BANKRUPTCY RULE 2004

Notice is hereby provided that a subpoena has been issued under Fed. R. Bankr. P. 2004(c) and the subpoenas are in the process of being served on the following person:

1. Larry Marsh.

A copy of the subpoena is attached.

Dated: November 2, 2009.

                                              Respectfully submitted,

                                              MCKOOL SMITH, P.C.

                                       By: _/s/ Hugh M. Ray, III_____
                                            HUGH M. RAY, III
                                            State Bar No. 24004246
                                            600 Travis, Suite 7000
                                            Houston, Texas 77002
                                            Telephone: (713) 485-7300
                                            Facsimile: (713) 485-7344

                                          ATTORNEYS FOR APPLEWAY EQUIPMENT
                                          LEASING, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Issuance of Subpoena was served on November 2, 2009, by first class mail, to all parties listed on the attached Service List.

*/s/ Hugh M. Ray, III*
HUGH M. RAY, III