**SERVICE LIST**
**CHRISTOPHER S. MEHAFFIE**
Case No. 09-31689

| | | |
|---|---|---|
| Christopher S. Mehaffie<br>3806 Seashore Circle<br>Seabrook, TX 77586-1667 | American General Finance<br>Shops at Westheimer<br>2315 S. Westheimer Road, Suite A<br>Houston, TX 77077-6055 | David G Peake<br>Chapter 13 Trustee<br>9660 Hillcroft, Suite 430<br>Houston, TX 77096 |
| Office of the US Trustee<br>515 Rusk Ave, Suite 3516<br>Houston, TX 7700 | U.S. Bankruptcy Court<br>P.O. Box 61010<br>Houston, TX 77208-1010 | Appleway Equipment Leasing<br>c/o Gregg Smith, Attorney<br>W. 905 Riverside Ave., Suite 409<br>Spokane, WA 99201-1099 |
| Capital One<br>P O Box 30285<br>Salt Lake City, UT 84130-0285 | Citi Financial<br>102 W. El Dorado Blvd, Suite D<br>Friendswood, TX 77546-6518 | Conn's<br>PO Box 2358<br>Beaumont, TX 77704-2358 |
| Conn's/CCC<br>PO Box 815867<br>Dallas, TX 75381-5867 | Countrywide Home Loans<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | Ford Motor Credit Co. LLC<br>Drawer 55-953<br>PO Box 55000<br>Detroit, MI 48255-0001 |
| Ford Credit<br>PO Box 650575<br>Dallas, TX 75265-0575 | HSBC Card Service<br>PO Box 81622<br>Selinas, CA 93912-1622 | HSBC Card Service<br>PO Box 80084<br>Selinas, CA 93912-0084 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Karen R. Emmott<br>Attorney at Law<br>PO Box 1730<br>Bellaire, TX 77402-1730 | Merrick Bank<br>PO Box 5721<br>Hicksville, NY 11802-5721 |
| Merrick Bank<br>c/o Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Orchard Bank<br>HSBC Card Services<br>PO Box 80084<br>City of Industry, CA 91716-8084 | PRA Receivables Management, LLC<br>Agent for HSBC Bank Nevada, NA<br>P.O. Box 12907<br>Norfolk, VA 23541-0907 |
| Sam's Club<br>PO Box 530942<br>Atlanta, GA 30353-0942 | Target National Bank<br>c/o Weinstein & Riley<br>2001 Western Ave., Suite 400<br>Seattle, WA 98121-3132 | Target National Bank<br>PO Box 59317<br>Minneapolis, MN 55459-0317 |
| Wells Fargo Financial Texas, Inc.<br>Attn: MAC F6582-034<br>PO Box 500<br>Chester, PA 19016-0500 | Wells Fargo Auto Finance<br>PO Box 29704<br>Phoenix, AZ 85038-9704 | Wells Fargo Financial National Bank<br>4137 121st Street<br>Urbandale, IA 50323-2310 |

| | | |
|---|---|---|
| Wells Fargo Financial National Bank<br>800 Walnut St, F4030-04C<br>Des Moines, IA 50323-2310 | Internal Revenue Service<br>Mail Stop 5022-HOU<br>1919 Smith<br>Houston, TX 77002 | Richard W. Aurich, Jr., Staff Attorney<br>Office of David G. Peake, Chap 13 Trustee<br>9660 Hillcroft, Ste 430<br>Houston, TX  77096 |