UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRISTOPHER S. MEHAFFIE | § | CASE NO. 09-31689-H4-13 |
| | § | |
| DEBTOR | § | CHAPTER 13 |

**MOTION FOR EXPEDITED CONSIDERATION OF
DEBTOR'S MOTION TO QUASH NOTICE OF BANKRUPTCY RULE 2004
EXAMINATION OF A NON-DEBTOR THIRD PARTY (LARRY MARSH) AND
<u>OBJECTION TO SUBPOENA DUCES TECUM</u>**

<u>**(Refers to Docket No. 106)**</u>

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Christopher S. Mehaffie (the "Debtor"), and files this Motion for Expedited Consideration of Motion to Quash Notice of Bankruptcy Rule 2004 Examination of a Non-Debtor Third Party (Larry Marsh) and Objection to Subpoena Duces Tecum and in support thereof would respectfully show as follows:

1.  The Debtor filed a Motion to Quash Notice of Bankruptcy Rule 2004 Examination of Larry Marsh and Objection to Subpoena Duces Tecum (the "Motion"). As reflected on the certificate of service attached to the Motion, all parties in interest have been served with a copy of the Motion.

3.  Cause exists for the Court to consider the Motion on an expedited basis. A Bankruptcy Rule 2004 Xxamination has been scheduled by Appleway Equipment Leasing, Inc. for November 19, 2009 at 9:00 a.m.

3.  The undersigned attorney is not available to attend a hearing on the foregoing Motion on November 20, 2009 because she is

1

scheduled to be out of town.

**WHEREFORE,** the Debtor, Christopher S. Mehaffie respectfully requests the following relief:

1) This Motion be submitted to the Court;

2) The Court set an expedited hearing to consider the Debtor's Motion; and

3) for such other and further relief as is just.

**RESPECTFULLY SUBMITTED** this 17th day of November, 2009.

                                /s/ Karen R. Emmott
                                KAREN R. EMMOTT
                                TBA #16757900
                                4615 SW Frwy., Ste 500
                                Houston, TX 77027
                                713-739-0008 (tel)
                                713-481-6262 (fax)
                                Attorney for Debtor

**CERTIFICATE OF SERVICE**

This is to certify that on November 17, 2009 a true and correct of the foregoing has been sent to the below listed parties via first class mail, postage prepaid, unless otherwise served by the ECF system at the time of filing.

United States Trustee
515 Rusk, 3rd Floor
Houston, TX 77002

<u>Chapter 13 Trustee</u>
David G. Peake
9660 Hillcroft, Ste 430
Houston, TX 77096

<u>Debtor</u>
Christopher S. Mehaffie
3806 Seashore Circle
Seabrook, TX 77586

<u>Attorney for Appleway Equipment Leasing, Inc</u>.
Hugh M. Ray, III
McKool, Smith, PC
600 Travis, Ste 7000
Houston, TX 77002

2

<u>Attorney for Larry Marsh</u>
Brian E. Bro
3200 Southwest Frwy., Ste 2200
Houston, TX 77027
via email

                                        <u>/s/ Karen R. Emmott</u>
                                        KAREN R. EMMOTT