IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/18/2009

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| CHRISTOPHER S. MEHAFFIE | § | CASE NO. 09-31689-H3-13 |
| Debtor | § | |

### ORDER DENYING DOCKET 106 AND 107

The Motion to Quash filed on Docket #106 ~~and 107~~ are denied.

DATED: __Nov. 18__, 2009.

_____
HON. JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE

- 1 -